# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DHIRAJ MURTHY,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>                Defendant. | CASE NO. 09 CV 1127 JM (AJB)<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATIONS; (2) GRANTING MOTION FOR SUMMARY JUDGMENT; and (3) DENYING CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Doc. Nos. 18, 21, 25 |

Pending before the court is a Report and Recommendations regarding cross-motions for summary judgment. (Doc. No. 25). In his Report and Recommendations, the magistrate judge thoroughly and thoughtfully analyzed the parties' claims and recommended that Plaintiff's motion for summary judgment be granted, and Defendant's cross-motion for summary judgment be denied. Defendant filed an objection. (Doc. No. 26).

The court finds this matter appropriate for disposition without oral argument. *See* CivLR 7.1(d)(1). Defendant's objections are fully addressed in the Report and Recommendations. As the Report and Recommendations fully and properly analyzed the parties' claims, the court hereby ADOPTS the Report and Recommendations in full. Accordingly, Plaintiff's motion for summary judgment is GRANTED. Defendant's motion for summary judgment is DENIED. The Administrative Law Judge's decision is REVERSED

1  and benefits are AWARDED to Plaintiff.

2  The Clerk of the Court is directed to close the file.

3  **IT IS SO ORDERED.**

4  DATED: August 2, 2010

5  _____
   Hon. Jeffrey T. Miller
6  United States District Judge