# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

DHIRAJ MURTHY

                    **V.**                            **JUDGMENT IN A CIVIL CASE**

MICHAEL J. ASTRUE

                                       **CASE NUMBER:**    09cv1127-JM(AJB)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court hereby adopts the Report and Recommendations in full. Accordingly, Plaintiff's motion for summary judgment is granted. Defendant's motion for summary judgment is denied. The Administrative Law Judge's decision is reversed and benefits are awarded to Plaintiff............................................................
................................................................................................................................................................
..............................................................................................................................................................
..............................................................................................................................................................

| August 2, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON August 2, 2010 |

09cv1127-JM(AJB)